**Jamie Marquardt**
2 hrs ·

Let me be the first on record to have the balls to say Tamir Rice should have been shot and I am glad he is dead. I wish I was in the park that day as he terrorized innocent patrons by pointing a gun at them walking around acting bad. I am upset I did not get the chance to kill the little criminal fucker.

1 comment

**EXHIBIT 4**

 Like     Comment     Share

 **Jamie Marquardt**

Stop Kevin. How would you feel if you were walking in the park and some ghetto rat

CITY00843

## Replies



**Jamie Marquardt**

Stop Kevin. How would you feel if you wer walking in the park and some ghetto rat pointed a gun in your face? Would you loc to him as a hero? Cleveland sees this felony hood rat as a hero...

2 hours ago · Like

CITY00844