**Carlton, Nicole**

**From:** Carlton, Nicole
**Sent:** Monday, March 21, 2016 3:28 PM
**To:** Carlton, Nicole
**Subject:** Jamie Marquardt Text

EXHIBIT 5
EXHIBIT A
EXHIBIT 23

Mon, Feb 15, 15:48 (from J Marquardt)
Before the word gets to you I have to tell you. A jerk of a friend grabbed my phone last night as I ran an errand and trying to be funny made some awful Facebook posts. My friends called me today to let me know and I was horrified when I read them. These are not my beliefs and I certainly did not write them. I posted an apology, but I feel the damage may already have been done. Again, I just want you to know I did not post what was written.

(from J Marquardt)
Did you get my text? I am very upset about this whole thing.

Mon, Feb 15, 18:03 (to J Marquardt)
It is obvious that you have regret over what was posted. In order to set the record straight, I am asking you to forward to me what was posted along with a letter from your friend who posted the statement taking responsibility for what happened. Your friend should identify themselves.

(from J Marquardt)
I actually deleted the post as soon as I saw it. Maybe someone else has it, but I removed any and all traces of it. I wanted nothing to do with it. I also posted an apology and explaination on social media sites. My texts were also hacked and people in my circle of friends were sent inappropriate messages. I am in the middle of damage control right now. This has made my life a living hell.

(to J Marquardt)
Is your friend able to send a letter; that would go a long way.

(from J Marquardt)
I will take care of him in my own way. No, he will not do that under any circumstances. Like I said, I will deal with him.

(from J Marquardt)
He is afraid it will end up on the news and he will be labled as a racist. Although the post was not criminal in any way, it was very insensitive and I do not want anyone attempting to kill him over this.

(from J Marquardt)
Let me be the first on record to have the balls to say Tamir Rice should have been shot and I am glad he is dead. I wish I was in the park that day as he terrorized innocent

1

CITY0142

patrons by pointing a gun Tat them walking around acting bad. I am upset I did not get the chance to kill the little criminal fucker.

(from J Marquardt)
That was the post...... I feel so bad right now.......

(from J Marquardt)
Do you now understand why I am so upset??

Wed, Mar 9, 19:54 (from J Marquardt)
I am so sorry channel 19 aired that story about you. It was stupid and really reaching. My girls respect you and I was able to sit them down tonight and explain to them that you did not do anything wrong. The news looks to bring down successful people. I let them know also that I am next. I let them know the details and they understand.

Thurs, Mar 17, 02:46 (from J Marquardt) You have done the worst thing anyone has ever done to me. My dear girls are going to suffer and have no clothes or food. There is no evidence I lied and you know it. Nothing I said was untruthful. I did not do this and you will never find proof I did because I have always been honest. They will have to leave their school. I am mad, but still will pray for you Nicole because that is what Jesus wants me to do.


Nicole A Carlton
Acting Commissioner