**Deb** Mobile

2/14/16 3:30 AM

What is the plans of the girls on Monday? I am so fu???ing pissed, but got stuck with stupid drama tonight. I am not even with anyone for that reason and was hoping the drama would go away, but, Nooooo. I can take them tomorrow night I hope to Schloomers. Can I have them Monday? I know they are off school. Let me know ASAP if you can. Trust me, it is an L & D situation.

2/14/16 4:20 AM

Did you get my message? Please answer.

Ate you there?

2/14/16 4:36 AM

EXHIBIT 11

EXHIBIT 21

Type a message...

MARQUARDT 0012

germany274@yahoo.com 427

2/14/16 4:36 AM

I know you are getting these messages. I am with a friend that is hell bend on ending his life tonight. I am truly afraid to leave and really do not want CPD involved. Could you please answer me?

2/14/16 4:59 AM

I am going to the Psych ward with him.

I have been tied up with a pt.

Cant pick up the girls at 1. Maybe later or Monday would be better.

Its OK. I am stuck in a mess.

Type a message...

MARQUARDT 0013