Jamie    Home

Yeah, they are animals.

Nov 24, 2014 11:55pm

**Jamie Marquardt commented on his own post.**

Bebe, fuck these little ghetto rats that kill innocent people. You, as I would, would bust our kids asses before they reached that point. What ever happened to cracking a board across your kids ass if they got out of pocket. I was afraid as a child to get out of line because the one time I did, I was hit with a stick. I never made that mistake again. Kids now, get away with everything.

Nov 24, 2014 2:15am

**Jamie Marquardt commented on Maria Angelica Guerrero Rodriguez's photo.**

Beauty

Nov 24, 2014 2:06am

**Jamie Marquardt commented on his own post.**

I am divorced, but my kids will always know right from wrong. I better never be called into their principal's office or they will be in trouble two fold.

Nov 24, 2014 12:58am

**Jamie Marquardt commented on his own post.**

Bebe, I am sure you allow one of you kids to run around a rec center with a altered toy gun in the middle of the night.

Nov 24, 2014 12:53am

**Jamie Marquardt commented on his own post.**

The media will get the view of Bastard, I am sorry Pastard, so he can let everyone know how racist the Cleveland Police Department is. For once, I would like an organization to stand up for our police officers. CPPA is doing a good job, but they need our support.

Nov 24, 2014 12:45am

**EXHIBIT 13**

**Jamie Marquardt commented on his own post.**