Place: Cleveland Police Communications - Department of Public Safety (41.5056299, -81.67803)
Address: 2001 Payne Ave, Cleveland, Ohio 44114

Ready for a wild Saturday night.....

Nov 29, 2014 2:42pm

**Jamie Marquardt shared a link.**

http://bit.ly/1rFZUsW

Nov 29, 2014 12:50pm

**Jamie Marquardt shared a link.**

http://bit.ly/1rFZUsW

I have nothing to say........

Nov 29, 2014 12:50pm

**Jamie Marquardt updated his status.**

Why does it not bother me that Fergie used to be a Meth head?

Nov 28, 2014 10:15pm

**Jamie Marquardt shared a link.**

http://a.pr/

Rodney King and Oscar Grant were cases that deserved public demonstrations. However, every single time a criminal is killed by police for performing acts of deadly aggression does not warrent protest. I pray the county is more selective on what they consider inappropriate acts by the police department. Deadly force when a police officer's life is in danger is not a protest situation. He or she wants to go home to their family at night as everyone does. Pull a gun on an officer, go for a police officers gun, charge at a police officer or attempt to run him/her over with a car and you deserve to get shot. Time for the community to start rallying and marching in support of the police force! The minority seems to have the biggest mouths and smallest brains. CNN would also cover a march and protest FOR the police department if the majority organized it. We need to stand behind the men and women in blue and thank them for protecting us everyday from these street thugs like the one shot at Cuddell.

Nov 28, 2014 9:03pm

**EXHIBIT 14**