**Jamie Marquardt**

Closely related to the Jessie Jackson guilty, but playing the race card, nigger fund.

Dec 07, 2014 11:17pm

**Rhonda Honeycutt Gregory**

Lolol!

Dec 07, 2014 11:15pm

**Jamie Marquardt**

The Al Sharpton guilty nigger fund.

Dec 07, 2014 11:15pm

**Rhonda Honeycutt Gregory**

I'm with you on that! It's all so one sided. I have a question: where do they all get those bullhorns with speakers attached everytime someone is shot or they're protesting or having some candlelight vigil??

Dec 07, 2014 11:13pm

**Jamie Marquardt**

They are fucking retards. They want to be able to get away with murder. If this country continues this way, they will be. I am so tired of the black on white stories being buried in the media.

Dec 07, 2014 11:11pm

**Rhonda Honeycutt Gregory**

For real?? Omg! They're so sensitive! Because they can be. Whites aren't allowed to be sensitive when blacks are carjacking them, raping, robbing of shooting/beating them cause that's racist for some reason! Wtf?

Dec 07, 2014 11:08pm

**EXHIBIT 15**

**Jamie Marquardt**

I had one of our black dispatchers ask me the other day why the police car had to pull the car up so close to Tamir. (Tamir is the African name for pistol holding criminal nigger with no parental

supervision). I told her the police should have bounced his skull off of the under carriage of the police car. She filed racist charges against me. I had to laugh.

Dec 07, 2014 11:00pm

### Jamie Marquardt

If you do have more, I will send a CPD officer to gun them down in their house while they are planning their next fund raiser for crack babies. Police love running in and killing innocent blacks. That is why they took the job. One of the interview questions is, "How many innocent blacks do you think you can execute a year?"

Dec 07, 2014 10:48pm

### Rhonda Honeycutt Gregory

Lol!! That's awesome!! I think I only had one black friend on Facebook... I haven't checked to see if he's still around... Just one?? I must be racist!! No wait... I have other black friends..they just can't access Facebook on their Obama phones!! 😁

Dec 07, 2014 10:35pm

### Jamie Marquardt

Every black friend I had has defriended me in the past month. Fuck them. They seem smart until something like this comes up and they put race in front of common sense. I may move to Memphis. How are the riots in Memphis going? Oh, thats right, there are none, lol.

Dec 07, 2014 10:32pm

### Rhonda Honeycutt Gregory

Me too!! He's not shy that's for sure! He's been unfriended on Facebook by family members for it! Lol!

Dec 07, 2014 10:28pm

### Jamie Marquardt

I love outspoken conservatives.

Dec 07, 2014 10:27pm

### Rhonda Honeycutt Gregory

Thank you! I agree. 😊