omments                                         file:///C:/Users/jnj/AppData/Local/Temp/Temp1_facebook-jamiem...

Jamie    Home

What else would we order? Pikes place?

Jan 09, 2016 6:02pm

**Jamie Marquardt replied to Christina Miller's comment.**

I am very particular.

Jan 09, 2016 6:01pm

**Jamie Marquardt commented on his own post.**

I just know Hodggy gets to eat this week.

Jan 09, 2016 6:00pm

**Jamie Marquardt commented on Annie Latessa's post.**

**Group:** Cleveland Police Dept.
Tamir Rice is dead. Good.

Jan 09, 2016 5:59pm

**Jamie Marquardt commented on Jerry Snyder's photo.**

Awesome picture guys. BTW Shelly, my daughter ended up a gymnast. Now I know what you went through, ugghhh.

Jan 09, 2016 10:28am

**Jamie Marquardt commented on his own post.**

Smooch

Jan 07, 2016 11:23am

**Jamie Marquardt commented on his own post.**

Well, it is like looking at the sun. It blinds you after one second.

Jan 07, 2016 12:52am

**EXHIBIT 16**