

7 mutual friends including Patricia Sifford and Jerry Krause



**Jamie Marquardt**
Apr 27 at 11:20pm

Open fire in Balitmore. Gun all of them down. When did we start tolerating this behavior?

13 likes 1 comment

👍 Like   💬 Comment   ➤ Share

**Jamie Marquardt**
Apr 27 at 7:39pm

Reservoir Dogs and a pizza. It is a good night....

**EXHIBIT 18**



EXHIBIT 7