# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 19-4223

_____

Filed: September 15, 2020

JAMIE MARQUARDT

    Plaintiff - Appellant

1:18cv333 - SO

v.

NICOLE CARLTON, individually; CITY OF CLEVELAND, OH

    Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 08/19/2020 the mandate for this case hereby issues today.  Reverse and Remanded

COSTS: None