UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION


| | | |
|---|---|---|
| JAMIE MARQUARDT, | ) | Case No.: 1:18 CV 333 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| NICOLE CARLTON, *et al.*, | ) | |
| | ) | |
| Defendants | ) | STATUS CONFERENCE ORDER |


The court held a telephonic status conference with counsel for the parties in the within case on October 16, 2020, at 2:00 p.m. In its Summary Judgment Order (ECF No. 29), the court found that Plaintiff's statements did not address a matter of public concern. Because that finding was dispositive of the First Amendment issue, the court did not address the subsequent steps in the analysis. On remand from the Sixth Circuit, counsel for Defendants agreed that they wish to proceed on the summary judgment motions that were filed previously, which addressed all of the remaining issues. Counsel for both parties indicated they are amenable to filing supplemental briefing if the court desires. The court will request supplemental briefing in a separate order if, after reviewing the parties' filings, it decides that additional briefing is needed.

IT IS SO ORDERED.


/s/ SOLOMON OLIVER, JR.
UNITED STATES DISTRICT JUDGE


October 21, 2020